**Civil Action No. 7:26-cv-00051**

# Exhibit "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **JUAN LUIS WEBBER** | § § § | |
| **VS.** | § § | Civil Action No. 7:26-cv-00051 |
| **HOME DEPOT U.S.A., INC. dba HOME DEPO and HERMAN ROQUE OCHOA** | § § | **JURY DEMANDED** |

### INDEX OF DOCUMENTS

**EXHIBIT A:**  Index of Documents (filed with Notice of Removal)

**EXHIBIT B:**  State Court Action Documents (filed with Notice of Removal) –

| Tab No. | State Court Document | Date Filed |
|---|---|---|
| B-1 | State Court Civil Case Summary | N/A |
| B-2 | Plaintiff's Original Petition | 1/30/2025 |
| B-3 | Citation Issued_Home Depot | 1/30/2025 |
| B-4 | Citation Issued_Herman Ochoa | 1/30/2025 |
| B-5 | Service Issued Notice | 1/31/2025 |
| B-6 | Affidavit of Service – Herman Ochoa | 2/4/2025 |
| B-7 | Affidavit of Service – Home Depot | 2/12/2025 |
| B-8 | The Special Exceptions and Original Answer of Defendants | 3/3/2025 |
| B-9 | Motion for Telephonic Docket Control Conference | 3/3/2025 |
| B-10 | Proposed Order for Telephonic Docket Control Conference | 3/3/2025 |
| B-11 | Order Setting Telephonic Docket Control Conference | 3/3/2025 |
| B-12 | Notice of Filing Notice of Removal | 3/5/2025 |
| B-13 | Motion for Docket Control Conference | 7/21/2025 |
| B-14 | Order Setting Docket Control Conference | 7/22/2025 |
| B-15 | Notice Sent | 7/23/2025 |
| B-16 | Order Resetting Docket Control Conference | 8/27/2025 |
| B-17 | Notice sent | 8/28/2025 |
| B-18 | Scheduling Order | 11/20/2025 |
| B-19 | Notice sent | 11/20/2025 |
| B-20 | Protective Order signed | 12/8/2025 |
| B-21 | Notice sent | 12/8/2025 |
| B-22 | Plaintiff's Designation of Experts | 1/16/2026 |
| B-23 | Plaintiff's Notice of Filing Business Records | 1/16/2026 |

**EXHIBIT C:**  List of Parties & Counsel and Civil Cover Sheet (filed with Notice of Removal)

**EXHIBIT D:**  Plaintiff's Amended Motion to Remand

**EXHIBIT E:**  Affidavit of Herman Roque Ochoa