Civil Action No. 7:26-cv-00051

# Exhibit "C"

1.

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | | |
|---|---|---|
| **JUAN LUIS WEBBER** | § | |
| | § | |
| | § | |
| **VS.** | § | **Civil Action No. 7:26-cv-00051** |
| | § | |
| **HOME DEPOT U.S.A., INC. dba HOME** | § | |
| **DEPO and HERMAN ROQUE OCHOA** | § | **JURY DEMANDED** |

<u>**LIST OF ALL PARTIES AND COUNSEL**</u>

<u>**Plaintiff – Juan Luis Webber**</u>
*Represented by:*
Raymond L. Thomas
State Bar No. 19865350
rthomas@raythomaspc.com
Olegario Garcia
State Bar No. 24069759
ogarcia@raythomaspc.com
RAY THOMAS, PC
4900-B North 10th Street
McAllen, Texas 78504
(956) 632-5033
(956) 540-5631 (Fax)
Leo Garza lgarza@raythomaspc.com
Linda Espinosa lespinosa@raythomaspc.com
Lisa Shawn lshawn@raythomaspc.com
**and**
Ezequiel Reyna, Jr.
State Bar No. 16794798
lsmiguel@zreynalaw.com
dolivarez@zreynalaw.com
mayramtz@zreynalaw.com
LAW OFFICES OF EZEQUIEL REYNA, JR., P.C.
702 W. Expressway 83, Suite 100
Weslaco, Texas 78596
(956) 968-9556 Phone
(956) 969-0492 (Fax)


<u>**Defendants – Home Depot USA, Inc. and Herman Roque Ochoa**</u>
*Represented by:*
Karen M. Alvarado

State Bar No. 11067050
Federal ID: 10880
BROTHERS, ALVARADO, PIAZZA & COZORT, P.C.
10333 Richmond Ave, Suite 900
Houston, Texas 77042
(713) 337-0750 – Telephone
(713) 337-0760 – Facsimile
E-service: service-alvarado@brothers-law.com

State Court Action (state court from which case is being removed; the cause number; and complete style of case) –

Judge Nereida Lopez-Singleterry
476th Judicial District Court, Hidalgo County
222 N. 12th Avenue
Edinburg, Texas 78539
T: 956-292-7044

Cause No. C-0490-25-M; Juan Luis Webber *v. Home Depot U.S.A., Inc. dba Home Depot and Herman Roque Ochoa*; 476th Judicial District Court of Hidalgo County, Texas.

3.