## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | | |
|---|---|---|
| JUAN LUIS WEBBER | §<br>§<br>§ | |
| VS. | §<br>§ | Civil Action No. 7:25-cv-00095 |
| HOME DEPOT U.S.A., INC. dba HOME<br>DEPO and HERMAN ROQUE OCHOA | §<br>§<br>§ | JURY DEMANDED |

### AFFIDAVIT OF HERMAN ROQUE OCHOA

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF HIDALGO | § |

BEFORE ME, the undersigned authority, personally appeared Herman Roque Ochoa who, being by me duly sworn, states as follows:

"1.  On or about January 9, 2024, I was an assistant store manager at Home Depot Store #506 located at 409 N. Jackson Road, Pharr, Hidalgo County, Texas 78501.

2.  As an assistant store manager, I do not determine the training and policies regarding the stocking or placing of products inside of the store.

3.  On or about January 9, 2024, I was not the employee who stocked or placed any product (fire extinguisher) which allegedly hit Plaintiff Juan Luis Webber."

Further affiant sayeth not.

Herman Roque Ochoa

SUBSCRIBED TO AND SWORN TO BEFORE ME, the undersigned authority, on this 30th day of January, 2026.

CHRISTIE RAMOS
Notary Public, State of Texas
Comm. Expires 04-09-2027
Notary ID 130184717

Notary Public in and for the State of Texas

My Commission Expires: 04|09|27

I.

Exhibit A