January 9, 2024

Claim Number 20240185629

Juan Luis Weber


Today at approximately 11:50 am I was called to aisle 1 by phone saying that a customer had fallen.  When I got to aisle 1 I saw a gentleman on the floor.  His wife started telling me that a box had fallen from the mid rack and had hit him in the shoulder.  I observed the man holding his left shoulder.  I took the incident report and the man's wife took him and left.  She came back about 5 minutes later and asked for my name and phone number which I gave to her.  I collected the box in question and brought it back to the computer room and tagged it.


Herman Ochoa

1-12-2024
p 4/10
HD_WEBBER 00004

20240185629
STORE 0506 9569927346 >>
Exhibit B

5220240112015995
2024-01-12 22:37