**Chelsea Walsh**

| | |
|---|---|
| **From:** | Chelsea Walsh |
| **Sent:** | Friday, July 18, 2025 4:56 PM |
| **To:** | rthomas@raythomaspc.com; ogarcia@raythomaspc.com; lsmiguel@zreynalaw.com; dolivarez@zreynalaw.com; alejan23@zreynalaw.com; balaniz3@zreynalaw.com; cf@chadflores.law |
| **Cc:** | Gretchen Heyn; Lucia Zhan |
| **Subject:** | Juan Webber vs. Home Depot |

Good afternoon.

Please provide dates for a deposition of your client in October/November. Thank you!

*Chelsea Walsh*
*Legal Assistant to Karen M. Alvarado*
*and Lucia Zhan*



Brothers, Alvarado,
Piazza & Cozort, P.C.
Attorneys At Law

10333 Richmond Avenue, Suite 900
Houston, TX 77042
713-337-0750 (tel.)
713-337-0779 (direct)
713-337-0760 (fax)

**Exhibit C**

## Chelsea Walsh

| | |
|---|---|
| **From:** | Ray Thomas <rthomas@raythomaspc.com> |
| **Sent:** | Friday, July 18, 2025 6:19 PM |
| **To:** | Karen Alvarado; Chelsea Walsh; Olegario Garcia; lsmiguel@zreynalaw.com; dolivarez@zreynalaw.com; alejan23@zreynalaw.com; balaniz3@zreynalaw.com; cf@chadflores.law |
| **Cc:** | Gretchen Heyn; Lucia Zhan; Leo Garza; Linda Espinosa; Lisa Shawn |
| **Subject:** | RE: Juan Webber vs. Home Depot |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Touche! Actually, my team was talking about this case this morning and we were scratching our heads about the disclosure deadline. I was going to reach out to you to agree on a date, but you legal assistant beat me to it. Thanks and have a great weekend.

Raymond L. Thomas
**Ray Thomas, PC**
4900-B N. 10th St.
McAllen, TX 78504
P: 956-632-5033
rthomas@raythomaspc.com



    

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, use, dissemination, forwarding, printing, copying, disclosure or distribution by persons other than the intended recipient(s) is prohibited. If you believe this message has been sent to you in error, please immediately notify the sender by replying to this transmission.

Visit us on the web at http://www.raythomaspc.com

**From:** Karen Alvarado <kalvarado@brothers-law.com>
**Sent:** Friday, July 18, 2025 5:48 PM
**To:** Ray Thomas <rthomas@raythomaspc.com>; Chelsea Walsh <cwalsh@brothers-law.com>; Olegario Garcia <ogarcia@raythomaspc.com>; lsmiguel@zreynalaw.com; dolivarez@zreynalaw.com; alejan23@zreynalaw.com;

**Exhibit C**

balaniz3@zreynalaw.com; cf@chadflores.law
**Cc:** Gretchen Heyn <gheyn@brothers-law.com>; Lucia Zhan <lzhan@brothers-law.com>; Leo Garza
<lgarza@raythomaspc.com>; Linda Espinosa <lespinosa@raythomaspc.com>; Lisa Shawn <lshawn@raythomaspc.com>
**Subject:** RE: Juan Webber vs. Home Depot

Hi Ray –

We will get disclosures to you next week as well as discovery requests.

Are you saying we are late or early or both?

Have a good weekend.

Regards, Karen

**Karen M. Alvarado**
*Shareholder*



**Brothers, Alvarado, Piazza & Cozort, P.C.**
**Attorneys At Law**
10333 Richmond Ave., Suite 900
Houston, Texas 77042
713-337-0750 (tel.)
713-337-0760 (fax.)

RATED BY


**CONFIDENTIALITY NOTICE:** This electronic mail transmission has been sent by a lawyer, on behalf of a lawyer, or by a law firm. It may contain information that is confidential, privileged, proprietary, or otherwise legally exempt from disclosure. If you are not the intended recipient, you are hereby notified that you are not authorized to read, print, retain, copy or disseminate this message, any part of it, or any attachments. If you have received this message in error, please delete this message and any attachments from your system without reading the content and notify the sender immediately of the inadvertent transmission. There is no intent on the part of the sender to waive any privilege, including the attorney-client privilege, that may attach to this communication.

**From:** Ray Thomas <rthomas@raythomaspc.com>
**Sent:** Friday, July 18, 2025 5:26 PM
**To:** Chelsea Walsh <cwalsh@brothers-law.com>; Olegario Garcia <ogarcia@raythomaspc.com>;
lsmiguel@zreynalaw.com; dolivarez@zreynalaw.com; alejan23@zreynalaw.com; balaniz3@zreynalaw.com;
cf@chadflores.law
**Cc:** Gretchen Heyn <gheyn@brothers-law.com>; Lucia Zhan <lzhan@brothers-law.com>; Karen Alvarado
<kalvarado@brothers-law.com>; Leo Garza <lgarza@raythomaspc.com>; Linda Espinosa
<lespinosa@raythomaspc.com>; Lisa Shawn <lshawn@raythomaspc.com>
**Subject:** RE: Juan Webber vs. Home Depot

Ms. Walsh,

Hi, pleased to meet you. I am happy to discuss discarding the rule book and making up our
own rules for this case. The rule book actually allows us to do so.

**Exhibit C**

Rule 194.2 requires the parties to exchange Initial Disclosures within 30 days after the filing of the first answer or general appearance **unless a different time is set by the parties' agreement** or court order.

More than 30 days have passed since Home Depot answered this lawsuit, so technically, your disclosures are late. Please let me know when we can expect your good faith, fulsome disclosures. In particular, I look forward to receiving, among other things: (1) the store's video footage of the incident from the time my client arrived at the store until he left the premises; (2) photographs taken related to the incident; (3) witness statements obtained; (4) the box that fell on my client's head and neck, or at least an accurate description of the box and its contents; (5) investigation reports of the incident; (6) all documents and records pertaining to the incident, including documents reflecting the names of the managers, assistant managers, and employees who interacted with my client and his family; (7) all other items required to be disclosed under the rule.

As to your request for deposition dates for my client, Rule 192.2(a) plainly states that, **unless otherwise agreed to by the parties** or ordered by the court, a party cannot serve discovery on another party until after the party's initial disclosures are due.

Certainly, I would prefer that we reach an agreement on a new date for exchanging disclosures. How about by July 25, 2025?

We can be ready to send out written discovery on July 28, 2025 and present our respective clients for deposition shortly after getting responses. Does that work for your side?

Can you find out whether your side wants to depose our client in person (in our McAllen office) or by Zoom?

We will certainly want to depose those Home Depot employees who (1) were responsible for stacking the merchandise that fell on my client; (2) were responsible for training and supervising those who were responsible for stacking the merchandise that fell on my client; (3) witnessed the incident and aftermath; (4) interacted with my client that day and in the days that followed; (5) participated in the investigation of the incident; and (6) took steps to preserve evidence, including the video footage. Please provide us with these names when Home Depot makes its required disclosures.

Thank you and have a nice weekend.

Ray Thomas

**Exhibit C**

Raymond L. Thomas
**Ray Thomas, PC**
4900-B N. 10th St.
McAllen, TX 78504
P: 956-632-5033
rthomas@raythomaspc.com



   

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, use, dissemination, forwarding, printing, copying, disclosure or distribution by persons other than the intended recipient(s) is prohibited.  If you believe this message has been sent to you in error, please immediately notify the sender by replying to this transmission.

Visit us on the web at http://www.raythomaspc.com

---

**From:** Chelsea Walsh <cwalsh@brothers-law.com>
**Sent:** Friday, July 18, 2025 4:56 PM
**To:** Ray Thomas <rthomas@raythomaspc.com>; Olegario Garcia <ogarcia@raythomaspc.com>; lsmiguel@zreynalaw.com; dolivarez@zreynalaw.com; alejan23@zreynalaw.com; balaniz3@zreynalaw.com; cf@chadflores.law
**Cc:** Gretchen Heyn <gheyn@brothers-law.com>; Lucia Zhan <lzhan@brothers-law.com>
**Subject:** Juan Webber vs. Home Depot

Good afternoon.

Please provide dates for a deposition of your client in October/November. Thank you!

*Chelsea Walsh*
*Legal Assistant to Karen M. Alvarado*
*and Lucia Zhan*



10333 Richmond Avenue, Suite 900
Houston, TX 77042
713-337-0750 (tel.)

4
**Exhibit C**

713-337-0779 (direct)
713-337-0760 (fax)

5

Exhibit C

**Chelsea Walsh**

---

| | |
|---|---|
| **From:** | Chelsea Walsh |
| **Sent:** | Tuesday, August 26, 2025 3:56 PM |
| **To:** | Leo Garza; Olegario Garcia; Karen Alvarado |
| **Cc:** | Service-Alvarado - Shared Mailbox; Ray Thomas; Lisa Shawn; Linda Espinosa; jessica.martinez@co.hidalgo.tx.us; San Juanita Pena; Lucia Zhan |
| **Subject:** | RE: Webber | Home Depot RE: Cause No.: C-0490-25-M; Juan Luis Webber v Home Depot USA, Inc, et al; 476th Judicial District Court, Hidalgo County, Texas |

Good afternoon.

May 18th will work for us. Also, please provide early October dates for a zoom deposition of your client, thank you!

*Chelsea Walsh*

*Legal Assistant to Karen M. Alvarado and Lucia Zhan*



10333 Richmond Avenue, Suite 900
Houston, TX 77042
713-337-0750 (tel.)
713-337-0779 (direct)
713-337-0760 (fax)

---

**From:** Leo Garza <lgarza@raythomaspc.com>
**Sent:** Monday, August 25, 2025 8:14 AM
**To:** Olegario Garcia <ogarcia@raythomaspc.com>; Karen Alvarado <kalvarado@brothers-law.com>
**Cc:** Service-Alvarado - Shared Mailbox <service-alvarado@brothers-law.com>; Ray Thomas <rthomas@raythomaspc.com>; Lisa Shawn <lshawn@raythomaspc.com>; Linda Espinosa <lespinosa@raythomaspc.com>; jessica.martinez@co.hidalgo.tx.us; San Juanita Pena <sanjuanita.pena@co.hidalgo.tx.us>
**Subject:** RE: Webber | Home Depot RE: Cause No.: C-0490-25-M; Juan Luis Webber v Home Depot USA, Inc, et al; 476th Judicial District Court, Hidalgo County, Texas

Good Morning Karen,

I just got off the phone with the 476th Court. The dates the Court has available for trial are the following:'

May 4th, 11th and 18th
June 1st and 8th

**Exhibit C**

Please let us know which of these dates you are agreeable with for trial. I have copied the Court Coordinator for the Court on this email. Select one date via email. Once a date is agreed upon we will prepare the DCO and circulate. Thank you for your assistance in this matter.

Leonel Garza, Jr.
Litigation Paralegal
**Ray Thomas, PC**
4900-B N. 10th St.
McAllen, TX 78504
P: (956) 632-5047
F: (956) 540-5631
lgarza@raythomaspc.com



The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, use, dissemination, forwarding, printing, copying, disclosure or distribution by persons other than the intended recipient(s) is prohibited.  If you believe this message has been sent to you in error, please immediately notify the sender by replying to this transmission.

*Visit us on the web at* http://www.raythomaspc.com

---

**From:** Olegario Garcia <ogarcia@raythomaspc.com>
**Sent:** Monday, August 25, 2025 7:47 AM
**To:** Karen Alvarado <kalvarado@brothers-law.com>
**Cc:** Leo Garza <lgarza@raythomaspc.com>; Service-Alvarado - Shared Mailbox <service-alvarado@brothers-law.com>; Ray Thomas <rthomas@raythomaspc.com>; Lisa Shawn <lshawn@raythomaspc.com>; Linda Espinosa <lespinosa@raythomaspc.com>
**Subject:** Webber | Home Depot RE: Cause No.: C-0490-25-M; Juan Luis Webber v Home Depot USA, Inc, et al; 476th Judicial District Court, Hidalgo County, Texas

Karen,

Good morning,

May or June work for us on a trial setting.

Thanks,

Olegario "Ole" Garcia
**Ray Thomas, PC**
4900-B N. 10th St.
McAllen, TX 78504

**Exhibit C**

P: 956-632-5022
ogarcia@raythomaspc.com
Click here to upload large file(s).



The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, use, dissemination, forwarding, printing, copying, disclosure or distribution by persons other than the intended recipient(s) is prohibited.  If you believe this message has been sent to you in error, please immediately notify the sender by replying to this transmission.

*Visit us on the web at* http://www.raythomaspc.com

---

**From:** Karen Alvarado <kalvarado@brothers-law.com>
**Sent:** Sunday, August 24, 2025 9:41 PM
**To:** Olegario Garcia <ogarcia@raythomaspc.com>
**Cc:** Leo Garza <lgarza@raythomaspc.com>; Service-Alvarado - Shared Mailbox <service-alvarado@brothers-law.com>; Ray Thomas <rthomas@raythomaspc.com>; Lisa Shawn <lshawn@raythomaspc.com>; Linda Espinosa <lespinosa@raythomaspc.com>
**Subject:** RE: Cause No.: C-0490-25-M; Juan Luis Webber v Home Depot USA, Inc, et al; 476th Judicial District Court, Hidalgo County, Texas

Ok – I was thinking summer 2026.  Kind of quick but case has been on file a while. Let me know when you come up for air.  Good luck in trial!

**Karen M. Alvarado**
*Shareholder*

 **Brothers, Alvarado, Piazza & Cozort, P.C.**
**Attorneys At Law**
10333 Richmond Ave., Suite 900
Houston, Texas 77042
713-337-0750 (tel.)
713-337-0760 (fax.)

RATED BY


**CONFIDENTIALITY NOTICE:** This electronic mail transmission has been sent by a lawyer, on behalf of a lawyer, or by a law firm. It may contain information that is confidential, privileged, proprietary, or otherwise legally exempt from disclosure. If you are not the intended recipient, you are hereby notified that you are not authorized to read, print, retain, copy or disseminate this message, any part of it, or any attachments. If you have received this message in error, please delete this message and any attachments from your system without reading the content and notify the sender immediately of the inadvertent transmission.  There is no intent on the part of the sender to waive any privilege, including the attorney-client privilege, that may attach to this communication.

---

**From:** Olegario Garcia <ogarcia@raythomaspc.com>
**Sent:** Sunday, August 24, 2025 9:36 PM
**To:** Karen Alvarado <kalvarado@brothers-law.com>
**Cc:** Leo Garza <lgarza@raythomaspc.com>; Service-Alvarado - Shared Mailbox <service-alvarado@brothers-law.com>; Ray Thomas <rthomas@raythomaspc.com>; Lisa Shawn <lshawn@raythomaspc.com>; Linda Espinosa <lespinosa@raythomaspc.com>

**Exhibit C**

**Subject:** Re: Cause No.: C-0490-25-M; Juan Luis Webber v Home Depot USA, Inc, et al; 476th Judicial District Court, Hidalgo County, Texas

Hi Karen,

Can I get back to you in a few days regarding the trial date? We will be in trial the rest of this week but I will try to look at my calendar and get back to you.

Thanks,
Olegario "Ole" Garcia
**Ray Thomas, PC**
4900-B N. 10th St.
McAllen, TX 78504
P: 956-632-5022
ogarcia@raythomaspc.com
Click here to upload large file(s).

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, use, dissemination, forwarding, printing, copying, disclosure or distribution by persons other than the intended recipient(s) is prohibited.  If you believe this message has been sent to you in error, please immediately notify the sender by replying to this transmission.

*Visit us on the web at* http://www.raythomaspc.com

On Aug 24, 2025, at 9:06 PM, Karen Alvarado <kalvarado@brothers-law.com> wrote:

HI

Sure – we can agree to the mutual extension.

What are you thinking for a trial date?

<image002.png>

**From:** Leo Garza <lgarza@raythomaspc.com>
**Sent:** Sunday, August 24, 2025 8:44 PM
**To:** Service-Alvarado - Shared Mailbox <service-alvarado@brothers-law.com>
**Cc:** Ray Thomas <rthomas@raythomaspc.com>; Olegario Garcia <ogarcia@raythomaspc.com>; Lisa Shawn <lshawn@raythomaspc.com>; Linda Espinosa <lespinosa@raythomaspc.com>
**Subject:** Cause No.: C-0490-25-M; Juan Luis Webber v Home Depot USA, Inc, et al; 476th Judicial District Court, Hidalgo County, Texas

Counsel,

4



We are currently in Trial in Hidalgo County. Plaintiff's and Defendants discovery responses are both due on Monday August 25, 2025. Would you be amenable in agreeing to a mutual 3 week extension for objections and responses to discovery. Our new deadline for objections and responses would be September 15, 2025 for both Plaintiff and Defendants.

Further we have a Docket Control Conference set for August 26, at 2:00 pm. Could you please send us trial dates that you are comfortable with so that we can agree to one of the dates. We will inform the Court of a date we agree on and prepare the DCO accordingly. Please let us know if you have any questions. Thank you for your attention to this matter.

Leonel Garza, Jr.
Litigation Paralegal
**Ray Thomas, PC**
4900-B N. 10th St.
McAllen, TX 78504
P: (956) 632-5047
lgarza@raythomaspc.com
<image003.png>

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, use, dissemination, forwarding, printing, copying, disclosure or distribution by persons other than the intended recipient(s) is prohibited.  If you believe this message has been sent to you in error, please immediately notify the sender by replying to this transmission.

*Visit us on the web at* http://www.raythomaspc.com

**Exhibit C**

## Chelsea Walsh

| | |
|---|---|
| **From:** | Chelsea Walsh |
| **Sent:** | Tuesday, September 23, 2025 8:24 AM |
| **To:** | Leo Garza; Olegario Garcia; Karen Alvarado |
| **Cc:** | Service-Alvarado - Shared Mailbox; Ray Thomas; Lisa Shawn; Linda Espinosa; jessica.martinez@co.hidalgo.tx.us; San Juanita Pena; Lucia Zhan |
| **Subject:** | RE: Webber \| Home Depot RE: Cause No.: C-0490-25-M; Juan Luis Webber v Home Depot USA, Inc, et al; 476th Judicial District Court, Hidalgo County, Texas |

Good morning.

Following up on the email below, we would like to schedule a zoom deposition of your client. Please provide October availability, thank you!

*Chelsea Walsh*

*Legal Assistant to Karen M. Alvarado and Lucia Zhan*



10333 Richmond Avenue, Suite 900
Houston, TX 77042
713-337-0750 (tel.)
713-337-0779 (direct)
713-337-0760 (fax)

**From:** Chelsea Walsh <cwalsh@brothers-law.com>
**Sent:** Tuesday, August 26, 2025 3:56 PM
**To:** Leo Garza <lgarza@raythomaspc.com>; Olegario Garcia <ogarcia@raythomaspc.com>; Karen Alvarado <kalvarado@brothers-law.com>
**Cc:** Service-Alvarado - Shared Mailbox <service-alvarado@brothers-law.com>; Ray Thomas <rthomas@raythomaspc.com>; Lisa Shawn <lshawn@raythomaspc.com>; Linda Espinosa <lespinosa@raythomaspc.com>; jessica.martinez@co.hidalgo.tx.us; San Juanita Pena <sanjuanita.pena@co.hidalgo.tx.us>; Lucia Zhan <lzhan@brothers-law.com>
**Subject:** RE: Webber \| Home Depot RE: Cause No.: C-0490-25-M; Juan Luis Webber v Home Depot USA, Inc, et al; 476th Judicial District Court, Hidalgo County, Texas

Good afternoon.

May 18th will work for us. Also, please provide early October dates for a zoom deposition of your client, thank you!

*Chelsea Walsh*

*Legal Assistant to Karen M. Alvarado*


**Exhibit C**

*and Lucia Zhan*



Brothers, Alvarado, Piazza & Cozort, P.C.
Attorneys At Law

10333 Richmond Avenue, Suite 900
Houston, TX 77042
713-337-0750 (tel.)
713-337-0779 (direct)
713-337-0760 (fax)

---

**From:** Leo Garza <lgarza@raythomaspc.com>
**Sent:** Monday, August 25, 2025 8:14 AM
**To:** Olegario Garcia <ogarcia@raythomaspc.com>; Karen Alvarado <kalvarado@brothers-law.com>
**Cc:** Service-Alvarado - Shared Mailbox <service-alvarado@brothers-law.com>; Ray Thomas <rthomas@raythomaspc.com>; Lisa Shawn <lshawn@raythomaspc.com>; Linda Espinosa <lespinosa@raythomaspc.com>; jessica.martinez@co.hidalgo.tx.us; San Juanita Pena <sanjuanita.pena@co.hidalgo.tx.us>
**Subject:** RE: Webber | Home Depot RE: Cause No.: C-0490-25-M; Juan Luis Webber v Home Depot USA, Inc, et al; 476th Judicial District Court, Hidalgo County, Texas

Good Morning Karen,

I just got off the phone with the 476th Court. The dates the Court has available for trial are the following:'

May 4th, 11th and 18th
June 1st and 8th

Please let us know which of these dates you are agreeable with for trial. I have copied the Court Coordinator for the Court on this email. Select one date via email. Once a date is agreed upon we will prepare the DCO and circulate. Thank you for your assistance in this matter.

Leonel Garza, Jr.
Litigation Paralegal
**Ray Thomas, PC**
4900-B N. 10th St.
McAllen, TX 78504
P: (956) 632-5047
F: (956) 540-5631
lgarza@raythomaspc.com



2
**Exhibit C**

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, use, dissemination, forwarding, printing, copying, disclosure or distribution by persons other than the intended recipient(s) is prohibited.  If you believe this message has been sent to you in error, please immediately notify the sender by replying to this transmission.

*Visit us on the web at* http://www.raythomaspc.com

**From:** Olegario Garcia <ogarcia@raythomaspc.com>
**Sent:** Monday, August 25, 2025 7:47 AM
**To:** Karen Alvarado <kalvarado@brothers-law.com>
**Cc:** Leo Garza <lgarza@raythomaspc.com>; Service-Alvarado - Shared Mailbox <service-alvarado@brothers-law.com>; Ray Thomas <rthomas@raythomaspc.com>; Lisa Shawn <lshawn@raythomaspc.com>; Linda Espinosa <lespinosa@raythomaspc.com>
**Subject:** Webber | Home Depot RE: Cause No.: C-0490-25-M; Juan Luis Webber v Home Depot USA, Inc, et al; 476th Judicial District Court, Hidalgo County, Texas

Karen,

Good morning,

May or June work for us on a trial setting.

Thanks,

Olegario "Ole" Garcia
**Ray Thomas, PC**
4900-B N. 10th St.
McAllen, TX 78504
P: 956-632-5022
ogarcia@raythomaspc.com
Click here to upload large file(s).



The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, use, dissemination, forwarding, printing, copying, disclosure or distribution by persons other than the intended recipient(s) is prohibited.  If you believe this message has been sent to you in error, please immediately notify the sender by replying to this transmission.

*Visit us on the web at* http://www.raythomaspc.com

**From:** Karen Alvarado <kalvarado@brothers-law.com>
**Sent:** Sunday, August 24, 2025 9:41 PM
**To:** Olegario Garcia <ogarcia@raythomaspc.com>
**Cc:** Leo Garza <lgarza@raythomaspc.com>; Service-Alvarado - Shared Mailbox <service-alvarado@brothers-law.com>; Ray Thomas <rthomas@raythomaspc.com>; Lisa Shawn <lshawn@raythomaspc.com>; Linda Espinosa <lespinosa@raythomaspc.com>

**Exhibit C**

**Subject:** RE: Cause No.: C-0490-25-M; Juan Luis Webber v Home Depot USA, Inc, et al; 476th Judicial District Court, Hidalgo County, Texas

Ok – I was thinking summer 2026.  Kind of quick but case has been on file a while. Let me know when you come up for air.  Good luck in trial!

**Karen M. Alvarado**
*Shareholder*



**Brothers, Alvarado, Piazza & Cozort, P.C.**
**Attorneys At Law**
10333 Richmond Ave., Suite 900
Houston, Texas 77042
713-337-0750 (tel.)
713-337-0760 (fax.)



RATED BY
Super Lawyers

**CONFIDENTIALITY NOTICE:** This electronic mail transmission has been sent by a lawyer, on behalf of a lawyer, or by a law firm. It may contain information that is confidential, privileged, proprietary, or otherwise legally exempt from disclosure. If you are not the intended recipient, you are hereby notified that you are not authorized to read, print, retain, copy or disseminate this message, any part of it, or any attachments. If you have received this message in error, please delete this message and any attachments from your system without reading the content and notify the sender immediately of the inadvertent transmission.  There is no intent on the part of the sender to waive any privilege, including the attorney-client privilege, that may attach to this communication.

**From:** Olegario Garcia <ogarcia@raythomaspc.com>
**Sent:** Sunday, August 24, 2025 9:36 PM
**To:** Karen Alvarado <kalvarado@brothers-law.com>
**Cc:** Leo Garza <lgarza@raythomaspc.com>; Service-Alvarado - Shared Mailbox <service-alvarado@brothers-law.com>; Ray Thomas <rthomas@raythomaspc.com>; Lisa Shawn <lshawn@raythomaspc.com>; Linda Espinosa <lespinosa@raythomaspc.com>
**Subject:** Re: Cause No.: C-0490-25-M; Juan Luis Webber v Home Depot USA, Inc, et al; 476th Judicial District Court, Hidalgo County, Texas

Hi Karen,

Can I get back to you in a few days regarding the trial date? We will be in trial the rest of this week but I will try to look at my calendar and get back to you.

Thanks,
Olegario "Ole" Garcia
**Ray Thomas, PC**
4900-B N. 10th St.
McAllen, TX 78504
P: 956-632-5022
ogarcia@raythomaspc.com
Click here to upload large file(s).

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended

**Exhibit C**

recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, use, dissemination, forwarding, printing, copying, disclosure or distribution by persons other than the intended recipient(s) is prohibited.  If you believe this message has been sent to you in error, please immediately notify the sender by replying to this transmission.

*Visit us on the web at* http://www.raythomaspc.com

On Aug 24, 2025, at 9:06 PM, Karen Alvarado <kalvarado@brothers-law.com> wrote:

HI

Sure – we can agree to the mutual extension.

What are you thinking for a trial date?

<image002.png>

---

**From:** Leo Garza <lgarza@raythomaspc.com>
**Sent:** Sunday, August 24, 2025 8:44 PM
**To:** Service-Alvarado - Shared Mailbox <service-alvarado@brothers-law.com>
**Cc:** Ray Thomas <rthomas@raythomaspc.com>; Olegario Garcia <ogarcia@raythomaspc.com>; Lisa Shawn <lshawn@raythomaspc.com>; Linda Espinosa <lespinosa@raythomaspc.com>
**Subject:** Cause No.: C-0490-25-M; Juan Luis Webber v Home Depot USA, Inc, et al; 476th Judicial District Court, Hidalgo County, Texas

Counsel,

We are currently in Trial in Hidalgo County. Plaintiff's and Defendants discovery responses are both due on Monday August 25, 2025. Would you be amenable in agreeing to a mutual 3 week extension for objections and responses to discovery. Our new deadline for objections and responses would be September 15, 2025 for both Plaintiff and Defendants.

Further we have a Docket Control Conference set for August 26, at 2:00 pm. Could you please send us trial dates that you are comfortable with so that we can agree to one of the dates. We will inform the Court of a date we agree on and prepare the DCO accordingly. Please let us know if you have any questions. Thank you for your attention to this matter.

Leonel Garza, Jr.
Litigation Paralegal
**Ray Thomas, PC**
4900-B N. 10th St.

**Exhibit C**

McAllen, TX 78504
P: (956) 632-5047
lgarza@raythomaspc.com
<image003.png>

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, use, dissemination, forwarding, printing, copying, disclosure or distribution by persons other than the intended recipient(s) is prohibited.  If you believe this message has been sent to you in error, please immediately notify the sender by replying to this transmission.

*Visit us on the web at* http://www.raythomaspc.com

6

**Exhibit C**

## Chelsea Walsh

| | |
|---|---|
| **From:** | Karen Alvarado |
| **Sent:** | Thursday, October 2, 2025 7:14 AM |
| **To:** | Olegario Garcia; Ray Thomas; Chelsea Walsh; Leo Garza; Linda Espinosa; Lisa Shawn; Chad Flores; Desi M. Olivarez |
| **Cc:** | Service-Alvarado - Shared Mailbox; Lucia Zhan |
| **Subject:** | RE: Juan Luis Webber v. Home Depot |

Good morning

I have confirmed that there is no CCTV.

Please let us know about deposition dates for your client.

Regards, Karen



**Karen M. Alvarado**
*Shareholder*



**Brothers, Alvarado, Piazza & Cozort, P.C.**
**Attorneys At Law**
10333 Richmond Ave., Suite 900
Houston, Texas 77042
713-337-0750 (tel.)
713-337-0760 (fax.)

RATED BY
**Super Lawyers**

**CONFIDENTIALITY NOTICE:** This electronic mail transmission has been sent by a lawyer, on behalf of a lawyer, or by a law firm. It may contain information that is confidential, privileged, proprietary, or otherwise legally exempt from disclosure. If you are not the intended recipient, you are hereby notified that you are not authorized to read, print, retain, copy or disseminate this message, any part of it, or any attachments. If you have received this message in error, please delete this message and any attachments from your system without reading the content and notify the sender immediately of the inadvertent transmission. There is no intent on the part of the sender to waive any privilege, including the attorney-client privilege, that may attach to this communication.

**From:** Olegario Garcia <ogarcia@raythomaspc.com>
**Sent:** Thursday, September 25, 2025 12:18 PM
**To:** Karen Alvarado <kalvarado@brothers-law.com>; Ray Thomas <rthomas@raythomaspc.com>; Chelsea Walsh <cwalsh@brothers-law.com>; Leo Garza <lgarza@raythomaspc.com>; Linda Espinosa <lespinosa@raythomaspc.com>; Lisa Shawn <lshawn@raythomaspc.com>; Chad Flores <cf@chadflores.law>; Desi M. Olivarez <dolivarez@zreynalaw.com>
**Cc:** Service-Alvarado - Shared Mailbox <service-alvarado@brothers-law.com>; Lucia Zhan <lzhan@brothers-law.com>
**Subject:** RE: Juan Luis Webber v. Home Depot

Karen,

Thanks, and so that you have an easier time communicating with your client, attached are two screengrabs from Home Depot that reference surveillance video, CCTV etc. You may need to use the key

**Exhibit C**

words that are in these two attachments to get us the videos such as asset protection CCTV. It even says that they "preserve relevant evidence, including but not limited to CCT in all cases/investigations."

Thanks,

Olegario "Ole" Garcia
**Ray Thomas, PC**
4900-B N. 10th St.
McAllen, TX 78504
P: 956-632-5022
ogarcia@raythomaspc.com
Click here to upload large file(s).



The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, use, dissemination, forwarding, printing, copying, disclosure or distribution by persons other than the intended recipient(s) is prohibited.  If you believe this message has been sent to you in error, please immediately notify the sender by replying to this transmission.

*Visit us on the web at* http://www.raythomaspc.com

---

**From:** Karen Alvarado <kalvarado@brothers-law.com>
**Sent:** Thursday, September 25, 2025 12:11 PM
**To:** Ray Thomas <rthomas@raythomaspc.com>; Chelsea Walsh <cwalsh@brothers-law.com>; Olegario Garcia <ogarcia@raythomaspc.com>; Leo Garza <lgarza@raythomaspc.com>; Linda Espinosa <lespinosa@raythomaspc.com>; Lisa Shawn <lshawn@raythomaspc.com>; Chad Flores <cf@chadflores.law>; Desi M. Olivarez <dolivarez@zreynalaw.com>
**Cc:** Service-Alvarado - Shared Mailbox <service-alvarado@brothers-law.com>; Lucia Zhan <lzhan@brothers-law.com>
**Subject:** RE: Juan Luis Webber v. Home Depot

My fault.

Chelsea – I promised Ray that I would confirm there is no CCTV before we notice.

We will withdraw the notice at this time.  I am confirming as promised.

**Exhibit C**

**Karen M. Alvarado**
*Shareholder*



**Brothers, Alvarado, Piazza & Cozort, P.C.**
**Attorneys At Law**
10333 Richmond Ave., Suite 900
Houston, Texas 77042
713-337-0750 (tel.)
713-337-0760 (fax.)

RATED BY

Super Lawyers

**CONFIDENTIALITY NOTICE:** This electronic mail transmission has been sent by a lawyer, on behalf of a lawyer, or by a law firm. It may contain information that is confidential, privileged, proprietary, or otherwise legally exempt from disclosure. If you are not the intended recipient, you are hereby notified that you are not authorized to read, print, retain, copy or disseminate this message, any part of it, or any attachments. If you have received this message in error, please delete this message and any attachments from your system without reading the content and notify the sender immediately of the inadvertent transmission. There is no intent on the part of the sender to waive any privilege, including the attorney-client privilege, that may attach to this communication.

**From:** Ray Thomas <rthomas@raythomaspc.com>
**Sent:** Thursday, September 25, 2025 12:10 PM
**To:** Chelsea Walsh <cwalsh@brothers-law.com>; Olegario Garcia <ogarcia@raythomaspc.com>; Leo Garza <lgarza@raythomaspc.com>; Linda Espinosa <lespinosa@raythomaspc.com>; Lisa Shawn <lshawn@raythomaspc.com>; Chad Flores <cf@chadflores.law>; Desi M. Olivarez <dolivarez@zreynalaw.com>
**Cc:** Service-Alvarado - Shared Mailbox <service-alvarado@brothers-law.com>; Lucia Zhan <lzhan@brothers-law.com>
**Subject:** Re: Juan Luis Webber v. Home Depot

Disappointing.

Get Outlook for iOS

**From:** Chelsea Walsh <cwalsh@brothers-law.com>
**Sent:** Thursday, September 25, 2025 12:00:51 PM
**To:** Olegario Garcia <ogarcia@raythomaspc.com>; Ray Thomas <rthomas@raythomaspc.com>; Leo Garza <lgarza@raythomaspc.com>; Linda Espinosa <lespinosa@raythomaspc.com>; Lisa Shawn <lshawn@raythomaspc.com>; Chad Flores <cf@chadflores.law>; Desi M. Olivarez <dolivarez@zreynalaw.com>
**Cc:** Service-Alvarado - Shared Mailbox <service-alvarado@brothers-law.com>; Lucia Zhan <lzhan@brothers-law.com>
**Subject:** Juan Luis Webber v. Home Depot

Good afternoon.

Please see attached notice of deposition for Plaintiff Juan Luis Webber. Zoom link will be forwarded upon receipt, thank you!

*Chelsea Walsh*

*Legal Assistant to Karen M. Alvarado*
*and Lucia Zhan*

3
**Exhibit C**



10333 Richmond Avenue, Suite 900
Houston, TX 77042
713-337-0750 (tel.)
713-337-0779 (direct)
713-337-0760 (fax)

4

**Exhibit C**

## Chelsea Walsh

| | |
|---|---|
| **From:** | Chelsea Walsh |
| **Sent:** | Wednesday, October 29, 2025 2:35 PM |
| **To:** | Olegario Garcia; Karen Alvarado; Ray Thomas |
| **Cc:** | Leo Garza; Linda Espinosa; Lisa Shawn; Gretchen Heyn; Chad Flores; Desi M. Olivarez |
| **Subject:** | RE: Juan Luis Webber v. Home Depot |

Good afternoon.

Following up on the email below.

Also, please provide availability for a zoom deposition of your client. Thank you!

*Chelsea Walsh*

*Legal Assistant to Karen M. Alvarado*
*and Lucia Zhan*



10333 Richmond Avenue, Suite 900
Houston, TX 77042
713-337-0750 (tel.)
713-337-0779 (direct)
713-337-0760 (fax)

**From:** Chelsea Walsh
**Sent:** Thursday, October 2, 2025 4:36 PM
**To:** Olegario Garcia <ogarcia@raythomaspc.com>; Karen Alvarado <kalvarado@brothers-law.com>; Ray Thomas <rthomas@raythomaspc.com>
**Cc:** Leo Garza <lgarza@raythomaspc.com>; Linda Espinosa <lespinosa@raythomaspc.com>; Lisa Shawn <lshawn@raythomaspc.com>; Gretchen Heyn <gheyn@brothers-law.com>; Chad Flores <cf@chadflores.law>; Desi M. Olivarez <dolivarez@zreynalaw.com>
**Subject:** RE: Juan Luis Webber v. Home Depot

Good morning.

We agree with the Proposed PO and DCO. You may sign both by permission and file with the Court, thank you!

*Chelsea Walsh*

*Legal Assistant to Karen M. Alvarado*
*and Lucia Zhan*

1
**Exhibit C**



10333 Richmond Avenue, Suite 900
Houston, TX 77042
713-337-0750 (tel.)
713-337-0779 (direct)
713-337-0760 (fax)

---

**From:** Olegario Garcia <ogarcia@raythomaspc.com>
**Sent:** Wednesday, October 1, 2025 3:17 PM
**To:** Karen Alvarado <kalvarado@brothers-law.com>; Ray Thomas <rthomas@raythomaspc.com>
**Cc:** Chelsea Walsh <cwalsh@brothers-law.com>; Leo Garza <lgarza@raythomaspc.com>; Linda Espinosa <lespinosa@raythomaspc.com>; Lisa Shawn <lshawn@raythomaspc.com>; Gretchen Heyn <gheyn@brothers-law.com>; Chad Flores <cf@chadflores.law>; Desi M. Olivarez <dolivarez@zreynalaw.com>
**Subject:** RE: Juan Luis Webber v. Home Depot

Karen,

Following up regarding the WD PO I sent you last week. Can you sign it and get it back to me and also let me know what you will be producing under the protective order?

Thanks,

Olegario "Ole" Garcia
**Ray Thomas, PC**
4900-B N. 10th St.
McAllen, TX 78504
P: 956-632-5022
ogarcia@raythomaspc.com
Click here to upload large file(s).



The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, use, dissemination, forwarding, printing, copying, disclosure or distribution by persons other than the intended recipient(s) is prohibited.  If you believe this message has been sent to you in error, please immediately notify the sender by replying to this transmission.

*Visit us on the web at* http://www.raythomaspc.com

---

**From:** Olegario Garcia
**Sent:** Tuesday, September 23, 2025 3:41 PM
**To:** 'Karen Alvarado' <kalvarado@brothers-law.com>; Ray Thomas <rthomas@raythomaspc.com>
**Cc:** Chelsea Walsh <cwalsh@brothers-law.com>; Leo Garza <lgarza@raythomaspc.com>; Linda Espinosa <lespinosa@raythomaspc.com>; Lisa Shawn <lshawn@raythomaspc.com>; Gretchen Heyn <gheyn@brothers-law.com>;

2
**Exhibit C**

Chad Flores <cf@chadflores.law>; Desi M. Olivarez <dolivarez@zreynalaw.com>
**Subject:** RE: Juan Luis Webber v. Home Depot

It sure is. The only edit I made was to take out reference to Federal Rule of Evidence 502 in paragraph 18 WAIVER. The rest is word for word WD PO.

Thanks,

Olegario "Ole" Garcia
**Ray Thomas, PC**
4900-B N. 10th St.
McAllen, TX 78504
P: 956-632-5022
ogarcia@raythomaspc.com
Click here to upload large file(s).



The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, use, dissemination, forwarding, printing, copying, disclosure or distribution by persons other than the intended recipient(s) is prohibited. If you believe this message has been sent to you in error, please immediately notify the sender by replying to this transmission.

*Visit us on the web at* http://www.raythomaspc.com

---

**From:** Karen Alvarado <kalvarado@brothers-law.com>
**Sent:** Tuesday, September 23, 2025 3:39 PM
**To:** Ray Thomas <rthomas@raythomaspc.com>
**Cc:** Olegario Garcia <ogarcia@raythomaspc.com>; Chelsea Walsh <cwalsh@brothers-law.com>; Leo Garza <lgarza@raythomaspc.com>; Linda Espinosa <lespinosa@raythomaspc.com>; Lisa Shawn <lshawn@raythomaspc.com>; Gretchen Heyn <gheyn@brothers-law.com>; Chad Flores <cf@chadflores.law>; Desi M. Olivarez <dolivarez@zreynalaw.com>
**Subject:** RE: Juan Luis Webber v. Home Depot

Ok – yeah, same here. I just don't want to reinvent the wheel. Is this the WD PO?

**Exhibit C**

**Karen M. Alvarado**
*Shareholder*



**Brothers, Alvarado, Piazza & Cozort, P.C.**
**Attorneys At Law**
10333 Richmond Ave., Suite 900
Houston, Texas 77042
713-337-0750 (tel.)
713-337-0760 (fax.)

RATED BY


**CONFIDENTIALITY NOTICE:** This electronic mail transmission has been sent by a lawyer, on behalf of a lawyer, or by a law firm. It may contain information that is confidential, privileged, proprietary, or otherwise legally exempt from disclosure. If you are not the intended recipient, you are hereby notified that you are not authorized to read, print, retain, copy or disseminate this message, any part of it, or any attachments. If you have received this message in error, please delete this message and any attachments from your system without reading the content and notify the sender immediately of the inadvertent transmission. There is no intent on the part of the sender to waive any privilege, including the attorney-client privilege, that may attach to this communication.

**From:** Ray Thomas <rthomas@raythomaspc.com>
**Sent:** Tuesday, September 23, 2025 3:33 PM
**To:** Karen Alvarado <kalvarado@brothers-law.com>
**Cc:** Olegario Garcia <ogarcia@raythomaspc.com>; Chelsea Walsh <cwalsh@brothers-law.com>; Leo Garza <lgarza@raythomaspc.com>; Linda Espinosa <lespinosa@raythomaspc.com>; Lisa Shawn <lshawn@raythomaspc.com>; Gretchen Heyn <gheyn@brothers-law.com>; Chad Flores <cf@chadflores.law>; Desi M. Olivarez <dolivarez@zreynalaw.com>
**Subject:** Re: Juan Luis Webber v. Home Depot

Karen, we don't want to have to reinvent the wheel every time someone sends us their own version of a protective order. It's not very efficient and we end up with all sorts of different deadlines on different protective, orders, and different cases, which is of course dangerous.

The western District of Texas promulgated a form for a protective order that has become the gold standard and widely accepted on both sides of the docket. The one we sent you is modeled after that form.

Sent from my iPhone

On Sep 23, 2025, at 3:23 PM, Karen Alvarado <kalvarado@brothers-law.com> wrote:

Hi Ole

We will take a look at the PO – what was wrong with the one we proposed?

<image001.png>

4

**Exhibit C**

**From:** Olegario Garcia <ogarcia@raythomaspc.com>
**Sent:** Tuesday, September 23, 2025 3:13 PM
**To:** Chelsea Walsh <cwalsh@brothers-law.com>; Karen Alvarado <kalvarado@brothers-law.com>
**Cc:** Leo Garza <lgarza@raythomaspc.com>; Linda Espinosa <lespinosa@raythomaspc.com>; Lisa Shawn <lshawn@raythomaspc.com>; Gretchen Heyn <gheyn@brothers-law.com>; Chad Flores <cf@chadflores.law>; Ray Thomas <rthomas@raythomaspc.com>; Desi M. Olivarez <dolivarez@zreynalaw.com>
**Subject:** RE: Juan Luis Webber v. Home Depot

Karen and Chelsea,

Attached is a protective order that we are willing to sign. I am hoping that by entering into this protective order you will withdraw your objections to Plaintiff's Interrogatories and Requests for Production and produce responsive documents. Specifically, I am asking you to withdraw objections to RFP Nos. 1 – 22 and Rogg Nos. 1- 4, and 6 – 19. As it currently stands, Home Depot has only produced 8 pages of documents and no insurance policies. This practically screams for a Motion to Compel. With respect to the insurance policies, Home Depot's argument that it **"does not believe that this claim will reach or exceed that amount [2million dollars], therefore, any insurance policy or policies affording coverage in excess of the two million dollars are irrelevant and beyond the scope of legitimate discovery."** is baseless and in direct contravention of TRCP 192.3(f) and Texas legal authority. Texas Rule 192.3(f) allows discovery of "the existence and contents of any indemnity or insurance agreement under which any person may be liable to satisfy part or all of a judgment rendered in the action." The Rule's **"may be liable"** standard plainly encompasses excess and umbrella policies that could respond if the primary limits are exhausted.  Please produce all excess and umbrella policies. Please allow this email to serve as my attempt to confer on the insurance issue and on Plaintiff's Interrogatories and Requests for Production.

Thanks,

Olegario "Ole" Garcia
**Ray Thomas, PC**
4900-B N. 10th St.
McAllen, TX 78504
P: 956-632-5022
ogarcia@raythomaspc.com
Click here to upload large file(s).

<image002.png>

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, use, dissemination, forwarding, printing, copying, disclosure or distribution by persons other than the intended recipient(s) is prohibited.  If you believe this message has been sent to you in error, please immediately notify the sender by replying to this transmission.

*Visit us on the web at* http://www.raythomaspc.com

**Exhibit C**

**From:** Chelsea Walsh <cwalsh@brothers-law.com>
**Sent:** Monday, September 22, 2025 4:11 PM
**To:** Ray Thomas <rthomas@raythomaspc.com>; Olegario Garcia <ogarcia@raythomaspc.com>; mcepeda@zreynalaw.com; Chad Flores <cf@chadflores.law>
**Cc:** Leo Garza <lgarza@raythomaspc.com>; Linda Espinosa <lespinosa@raythomaspc.com>; Lisa Shawn <lshawn@raythomaspc.com>; Gretchen Heyn <gheyn@brothers-law.com>
**Subject:** RE: Juan Luis Webber v. Home Depot

Good afternoon.

Following up on the email below, thank you!

*Chelsea Walsh*

*Legal Assistant to Karen M. Alvarado*
*and Lucia Zhan*
<image003.png>
10333 Richmond Avenue, Suite 900
Houston, TX 77042
713-337-0750 (tel.)
713-337-0779 (direct)
713-337-0760 (fax)

**From:** Chelsea Walsh
**Sent:** Monday, August 18, 2025 11:21 AM
**To:** Ray Thomas <rthomas@raythomaspc.com>; Olegario Garcia <ogarcia@raythomaspc.com>; mcepeda@zreynalaw.com; Chad Flores <cf@chadflores.law>
**Cc:** lgarza@raythomaspc.com; lespinosa@raythomaspc.com; lshawn@raythomaspc.com; Gretchen Heyn <gheyn@brothers-law.com>
**Subject:** RE: Juan Luis Webber v. Home Depot

Good morning.

Following up on the email below, thank you.

*Chelsea Walsh*

*Legal Assistant to Karen M. Alvarado*
*and Lucia Zhan*
<image003.png>
10333 Richmond Avenue, Suite 900
Houston, TX 77042
713-337-0750 (tel.)
713-337-0779 (direct)
713-337-0760 (fax)

**From:** Chelsea Walsh
**Sent:** Thursday, July 24, 2025 9:37 AM
**To:** Ray Thomas <rthomas@raythomaspc.com>; Olegario Garcia <ogarcia@raythomaspc.com>; mcepeda@zreynalaw.com; Chad Flores <cf@chadflores.law>
**Cc:** lgarza@raythomaspc.com; lespinosa@raythomaspc.com; lshawn@raythomaspc.com; Gretchen

6
**Exhibit C**

Heyn <gheyn@brothers-law.com>
**Subject:** Juan Luis Webber v. Home Depot

Good afternoon.

Attached please find our proposed Protective Order.

If it meets with your approval, please sign and return to our office for filing with the Court.

*Chelsea Walsh*

*Legal Assistant to Karen M. Alvarado*
*and Lucia Zhan*
<image003.png>
10333 Richmond Avenue, Suite 900
Houston, TX 77042
713-337-0750 (tel.)
713-337-0779 (direct)
713-337-0760 (fax)

7

**Exhibit C**

## Chelsea Walsh

| | |
|---|---|
| **From:** | Chelsea Walsh |
| **Sent:** | Wednesday, November 12, 2025 9:37 AM |
| **To:** | Olegario Garcia; Karen Alvarado; Ray Thomas |
| **Cc:** | Leo Garza; Linda Espinosa; Lisa Shawn; Gretchen Heyn; Chad Flores; Desi M. Olivarez |
| **Subject:** | RE: Juan Luis Webber v. Home Depot |

Good morning,

Please advise when you will be filing the Protective Order and DCO. As stated previously, we agree and you may sign by permission for filing with the Court.

Additionally, please provide availability for a zoom deposition of your client.

*Chelsea Walsh*

*Legal Assistant to Karen M. Alvarado
and Lucia Zhan*



10333 Richmond Avenue, Suite 900
Houston, TX 77042
713-337-0750 (tel.)
713-337-0779 (direct)
713-337-0760 (fax)

---

**From:** Chelsea Walsh
**Sent:** Wednesday, October 29, 2025 2:35 PM
**To:** Olegario Garcia <ogarcia@raythomaspc.com>; Karen Alvarado <kalvarado@brothers-law.com>; Ray Thomas <rthomas@raythomaspc.com>
**Cc:** Leo Garza <lgarza@raythomaspc.com>; Linda Espinosa <lespinosa@raythomaspc.com>; Lisa Shawn <lshawn@raythomaspc.com>; Gretchen Heyn <gheyn@brothers-law.com>; Chad Flores <cf@chadflores.law>; Desi M. Olivarez <dolivarez@zreynalaw.com>
**Subject:** RE: Juan Luis Webber v. Home Depot

Good afternoon.

Following up on the email below.

Also, please provide availability for a zoom deposition of your client. Thank you!

*Chelsea Walsh*

*Legal Assistant to Karen M. Alvarado
and Lucia Zhan*

**Exhibit C**



10333 Richmond Avenue, Suite 900
Houston, TX 77042
713-337-0750 (tel.)
713-337-0779 (direct)
713-337-0760 (fax)

---

**From:** Chelsea Walsh
**Sent:** Thursday, October 2, 2025 4:36 PM
**To:** Olegario Garcia <ogarcia@raythomaspc.com>; Karen Alvarado <kalvarado@brothers-law.com>; Ray Thomas <rthomas@raythomaspc.com>
**Cc:** Leo Garza <lgarza@raythomaspc.com>; Linda Espinosa <lespinosa@raythomaspc.com>; Lisa Shawn <lshawn@raythomaspc.com>; Gretchen Heyn <gheyn@brothers-law.com>; Chad Flores <cf@chadflores.law>; Desi M. Olivarez <dolivarez@zreynalaw.com>
**Subject:** RE: Juan Luis Webber v. Home Depot

Good morning.

We agree with the Proposed PO and DCO. You may sign both by permission and file with the Court, thank you!

*Chelsea Walsh*

*Legal Assistant to Karen M. Alvarado
and Lucia Zhan*



10333 Richmond Avenue, Suite 900
Houston, TX 77042
713-337-0750 (tel.)
713-337-0779 (direct)
713-337-0760 (fax)

---

**From:** Olegario Garcia <ogarcia@raythomaspc.com>
**Sent:** Wednesday, October 1, 2025 3:17 PM
**To:** Karen Alvarado <kalvarado@brothers-law.com>; Ray Thomas <rthomas@raythomaspc.com>
**Cc:** Chelsea Walsh <cwalsh@brothers-law.com>; Leo Garza <lgarza@raythomaspc.com>; Linda Espinosa <lespinosa@raythomaspc.com>; Lisa Shawn <lshawn@raythomaspc.com>; Gretchen Heyn <gheyn@brothers-law.com>; Chad Flores <cf@chadflores.law>; Desi M. Olivarez <dolivarez@zreynalaw.com>
**Subject:** RE: Juan Luis Webber v. Home Depot

Karen,

2

**Exhibit C**

Following up regarding the WD PO I sent you last week. Can you sign it and get it back to me and also let me know what you will be producing under the protective order?

Thanks,

Olegario "Ole" Garcia
**Ray Thomas, PC**
4900-B N. 10th St.
McAllen, TX 78504
P: 956-632-5022
ogarcia@raythomaspc.com
Click here to upload large file(s).



The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, use, dissemination, forwarding, printing, copying, disclosure or distribution by persons other than the intended recipient(s) is prohibited.  If you believe this message has been sent to you in error, please immediately notify the sender by replying to this transmission.

*Visit us on the web at* http://www.raythomaspc.com

---

**From:** Olegario Garcia
**Sent:** Tuesday, September 23, 2025 3:41 PM
**To:** 'Karen Alvarado' <kalvarado@brothers-law.com>; Ray Thomas <rthomas@raythomaspc.com>
**Cc:** Chelsea Walsh <cwalsh@brothers-law.com>; Leo Garza <lgarza@raythomaspc.com>; Linda Espinosa <lespinosa@raythomaspc.com>; Lisa Shawn <lshawn@raythomaspc.com>; Gretchen Heyn <gheyn@brothers-law.com>; Chad Flores <cf@chadflores.law>; Desi M. Olivarez <dolivarez@zreynalaw.com>
**Subject:** RE: Juan Luis Webber v. Home Depot

It sure is. The only edit I made was to take out reference to Federal Rule of Evidence 502 in paragraph 18 WAIVER. The rest is word for word WD PO.

Thanks,

Olegario "Ole" Garcia
**Ray Thomas, PC**
4900-B N. 10th St.
McAllen, TX 78504
P: 956-632-5022
ogarcia@raythomaspc.com
Click here to upload large file(s).



The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended

**Exhibit C**

recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, use, dissemination, forwarding, printing, copying, disclosure or distribution by persons other than the intended recipient(s) is prohibited.  If you believe this message has been sent to you in error, please immediately notify the sender by replying to this transmission.

*Visit us on the web at* http://www.raythomaspc.com

---

**From:** Karen Alvarado <kalvarado@brothers-law.com>
**Sent:** Tuesday, September 23, 2025 3:39 PM
**To:** Ray Thomas <rthomas@raythomaspc.com>
**Cc:** Olegario Garcia <ogarcia@raythomaspc.com>; Chelsea Walsh <cwalsh@brothers-law.com>; Leo Garza <lgarza@raythomaspc.com>; Linda Espinosa <lespinosa@raythomaspc.com>; Lisa Shawn <lshawn@raythomaspc.com>; Gretchen Heyn <gheyn@brothers-law.com>; Chad Flores <cf@chadflores.law>; Desi M. Olivarez <dolivarez@zreynalaw.com>
**Subject:** RE: Juan Luis Webber v. Home Depot

Ok – yeah, same here.  I just don't want to reinvent the wheel.  Is this the WD PO?

**Karen M. Alvarado**
*Shareholder*



**Brothers, Alvarado, Piazza & Cozort, P.C.**
**Attorneys At Law**
10333 Richmond Ave., Suite 900
Houston, Texas 77042
713-337-0750 (tel.)
713-337-0760 (fax.)



CONFIDENTIALITY NOTICE: This electronic mail transmission has been sent by a lawyer, on behalf of a lawyer, or by a law firm. It may contain information that is confidential, privileged, proprietary, or otherwise legally exempt from disclosure. If you are not the intended recipient, you are hereby notified that you are not authorized to read, print, retain, copy or disseminate this message, any part of it, or any attachments. If you have received this message in error, please delete this message and any attachments from your system without reading the content and notify the sender immediately of the inadvertent transmission.  There is no intent on the part of the sender to waive any privilege, including the attorney-client privilege, that may attach to this communication.

---

**From:** Ray Thomas <rthomas@raythomaspc.com>
**Sent:** Tuesday, September 23, 2025 3:33 PM
**To:** Karen Alvarado <kalvarado@brothers-law.com>
**Cc:** Olegario Garcia <ogarcia@raythomaspc.com>; Chelsea Walsh <cwalsh@brothers-law.com>; Leo Garza <lgarza@raythomaspc.com>; Linda Espinosa <lespinosa@raythomaspc.com>; Lisa Shawn <lshawn@raythomaspc.com>; Gretchen Heyn <gheyn@brothers-law.com>; Chad Flores <cf@chadflores.law>; Desi M. Olivarez <dolivarez@zreynalaw.com>
**Subject:** Re: Juan Luis Webber v. Home Depot

Karen, we don't want to have to reinvent the wheel every time someone sends us their own version of a protective order. It's not very efficient and we end up with all sorts of different deadlines on different protective, orders, and different cases, which is of course dangerous.

The western District of Texas promulgated a form for a protective order that has become the gold standard and widely accepted on both sides of the docket. The one we sent you is modeled after that form.

4

**Exhibit C**

Sent from my iPhone

On Sep 23, 2025, at 3:23 PM, Karen Alvarado <kalvarado@brothers-law.com> wrote:

Hi Ole

We will take a look at the PO – what was wrong with the one we proposed?

<image001.png>

**From:** Olegario Garcia <ogarcia@raythomaspc.com>
**Sent:** Tuesday, September 23, 2025 3:13 PM
**To:** Chelsea Walsh <cwalsh@brothers-law.com>; Karen Alvarado <kalvarado@brothers-law.com>
**Cc:** Leo Garza <lgarza@raythomaspc.com>; Linda Espinosa <lespinosa@raythomaspc.com>; Lisa Shawn <lshawn@raythomaspc.com>; Gretchen Heyn <gheyn@brothers-law.com>; Chad Flores <cf@chadflores.law>; Ray Thomas <rthomas@raythomaspc.com>; Desi M. Olivarez <dolivarez@zreynalaw.com>
**Subject:** RE: Juan Luis Webber v. Home Depot

Karen and Chelsea,

Attached is a protective order that we are willing to sign. I am hoping that by entering into this protective order you will withdraw your objections to Plaintiff's Interrogatories and Requests for Production and produce responsive documents. Specifically, I am asking you to withdraw objections to RFP Nos. 1 – 22 and Rogg Nos. 1- 4, and 6 – 19. As it currently stands, Home Depot has only produced 8 pages of documents and no insurance policies. This practically screams for a Motion to Compel. With respect to the insurance policies, Home Depot's argument that it **"does not believe that this claim will reach or exceed that amount [2million dollars], therefore, any insurance policy or policies affording coverage in excess of the two million dollars are irrelevant and beyond the scope of legitimate discovery."** is baseless and in direct contravention of TRCP 192.3(f) and Texas legal authority. Texas Rule 192.3(f) allows discovery of "the existence and contents of any indemnity or insurance agreement under which any person may be liable to satisfy part or all of a judgment rendered in the action." The Rule's **"may be liable"** standard plainly encompasses excess and umbrella policies that could respond if the primary limits are exhausted.  Please produce all excess and umbrella policies. Please allow this email to serve as my attempt to confer on the insurance issue and on Plaintiff's Interrogatories and Requests for Production.

Thanks,

Olegario "Ole" Garcia
**Ray Thomas, PC**

5
**Exhibit C**

4900-B N. 10th St.
McAllen, TX 78504
P: 956-632-5022
ogarcia@raythomaspc.com
Click here to upload large file(s).

<image002.png>

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, use, dissemination, forwarding, printing, copying, disclosure or distribution by persons other than the intended recipient(s) is prohibited.  If you believe this message has been sent to you in error, please immediately notify the sender by replying to this transmission.

*Visit us on the web at* http://www.raythomaspc.com

---

**From:** Chelsea Walsh <cwalsh@brothers-law.com>
**Sent:** Monday, September 22, 2025 4:11 PM
**To:** Ray Thomas <rthomas@raythomaspc.com>; Olegario Garcia <ogarcia@raythomaspc.com>; mcepeda@zreynalaw.com; Chad Flores <cf@chadflores.law>
**Cc:** Leo Garza <lgarza@raythomaspc.com>; Linda Espinosa <lespinosa@raythomaspc.com>; Lisa Shawn <lshawn@raythomaspc.com>; Gretchen Heyn <gheyn@brothers-law.com>
**Subject:** RE: Juan Luis Webber v. Home Depot

Good afternoon.

Following up on the email below, thank you!

*Chelsea Walsh*
*Legal Assistant to Karen M. Alvarado*
*and Lucia Zhan*
<image003.png>
10333 Richmond Avenue, Suite 900
Houston, TX 77042
713-337-0750 (tel.)
713-337-0779 (direct)
713-337-0760 (fax)

---

**From:** Chelsea Walsh
**Sent:** Monday, August 18, 2025 11:21 AM
**To:** Ray Thomas <rthomas@raythomaspc.com>; Olegario Garcia <ogarcia@raythomaspc.com>; mcepeda@zreynalaw.com; Chad Flores <cf@chadflores.law>
**Cc:** lgarza@raythomaspc.com; lespinosa@raythomaspc.com; lshawn@raythomaspc.com; Gretchen Heyn <gheyn@brothers-law.com>
**Subject:** RE: Juan Luis Webber v. Home Depot

Good morning.

Following up on the email below, thank you.

6

**Exhibit C**

*Chelsea Walsh*

*Legal Assistant to Karen M. Alvarado
and Lucia Zhan*
<image003.png>
10333 Richmond Avenue, Suite 900
Houston, TX 77042
713-337-0750 (tel.)
713-337-0779 (direct)
713-337-0760 (fax)

**From:** Chelsea Walsh
**Sent:** Thursday, July 24, 2025 9:37 AM
**To:** Ray Thomas <rthomas@raythomaspc.com>; Olegario Garcia <ogarcia@raythomaspc.com>;
mcepeda@zreynalaw.com; Chad Flores <cf@chadflores.law>
**Cc:** lgarza@raythomaspc.com; lespinosa@raythomaspc.com; lshawn@raythomaspc.com; Gretchen
Heyn <gheyn@brothers-law.com>
**Subject:** Juan Luis Webber v. Home Depot

Good afternoon.

Attached please find our proposed Protective Order.

If it meets with your approval, please sign and return to our office for filing with the
Court.

*Chelsea Walsh*

*Legal Assistant to Karen M. Alvarado
and Lucia Zhan*
<image003.png>
10333 Richmond Avenue, Suite 900
Houston, TX 77042
713-337-0750 (tel.)
713-337-0779 (direct)
713-337-0760 (fax)

7
**Exhibit C**